IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 12-cv-02063-MSK-CBS　　　　FTR - Reporter Deck-Courtroom A402
Date: March 26, 2013　　　　　　　　　　　Courtroom Deputy: Cathy Pearson

*Parties:*　　　　　　　　　　　　　　　　*Counsel:*

ANN MARIE MILLER,　　　　　　　　　　　*Pro Se*

　　　Plaintiff,

v.

TAMRA BENNETT,　　　　　　　　　　　　*Pro Se*

　　　Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC HEARING:　　　STATUS CONFERENCE**
**Court in session:　　1:36 p.m.**
Court calls case. *Appearances of the parties by telephone.*

The court and the parties discuss the status of the case, pending motions, and the foreclosure proceedings pending in South Dakota court involving the same property in question in this case.

**ORDERED:** 1.　Plaintiff's Motion to Strike Tom Bennetts [sic] Letter (Doc. 27, filed 12/27/12) is GRANTED. The letter dated December 18, 2012, filed by Tom Bennett (Doc. 23, filed 12/26/12) is STRICKEN. Mr. Bennett shall not file any other letters or documents with the court in this case.

　　　　　　　2.　The Motion to Dismiss filed by Tom Bennett (Doc. 31, filed 12/28/12) is DENIED AS MOOT. The court finds that it was filed by a non-lawyer representing a party in this case, which is not consistent with the Local Rules.

　　　　　　　3.　Plaintiff's Motion for Default Judgment (Doc. 35, filed 1/2/13) and Defendant's Combined Motion to Dismiss or Transfer and Brief in Support of Motion to Dismiss (Doc. 37, filed 1/7/13) are held in abeyance and set for hearing on **May 9, 2013, at 1:30 p.m. in Courtroom A-402, located in the Alfred A. Arraj U.S. District Courthouse, 901 19th Street, Denver, Colorado.** *Both parties MUST be physically present for that hearing.*

> **(Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.** *See* **D.C. Colo. LCivR 83.2B.)**

4. Plaintiff's Motion for the Court to Locate Cases Bennett Refers To (Doc. 39, filed 1/8/13) is DENIED for reasons stated on the record.

Defendant advises the Court that she has not received a copy of the Second Amended Complaint. The court directs the courtroom deputy to mail a copy of the Second Amended Complaint to Defendant, along with the Certificate of Service of the Second Amended Complaint.

HEARING CONCLUDED.

**Court in recess:**     2:06 p.m.
Total time in court:     00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.