**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Civil Action No. 12-cv-02063-MSK-CBS

ANN MARIE MILLER,

    Plaintiff,

v.

TAMRA BENNETT,

    Defendant.

---

**OPINION AND ORDER ADOPTING RECOMMENDATION, GRANTING MOTION TO DISMISS, AND ENJOINING ANN MARIE MILLER FROM FURTHER *PRO SE* FILINGS WITHOUT PRIOR LEAVE OF COURT**

---

**THIS MATTER** comes before the Court pursuant to the Magistrate Judge's Recommendation **(# 79)** that Defendant Tamara Bennett's Motion to Dismiss **(# 37)** be granted and the case be dismissed without prejudice. The Magistrate Judge further recommended that the Court sanction Plaintiff Ann Marie Miller from filing any future *pro se* action in this Court without first obtaining leave to do so.

More than 14 days have passed since the service of the Recommendation and no party has filed Objections pursuant to Fed. R. Civ. P. 72(b). Under such circumstances, the Court reviews the Recommendation under whatever standard it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991). The Court has reviewed the Recommendation under the otherwise applicable *de novo* standard under Rule 72(b).

Upon that *de novo* review, the Court agrees with the entirety of the Magistrate Judge's thorough factual findings and legal analysis, with one small exception, discussed below.

Accordingly, the Court **ADOPTS** the Recommendation **(# 79)**, **GRANTS** Ms. Bennett's Motion to Dismiss **(# 37)**, and **DISMISSES** the claims in this action for lack of personal jurisdiction over Ms. Bennett pursuant to Fed. R. Civ. P. 12(b)(2).  The Clerk of the Court shall close this case.

Further, the Court further **ADOPTS**, with minor modifications, the recommendation that Ms. Miller be enjoined from filing further actions in this Court in a *pro se* capacity without first obtaining leave of the Court.  Ms. Miller is hereby **ENJOINED** from filing any claim, counterclaim, or third-party claim in a *pro se* capacity in the United States District Court for the District of Colorado, unless she has first obtained leave of the Court on the terms set forth below.  In seeking leave to file a *pro se* claim, counterclaim, or cross-claim, Ms. Miller shall file a motion, entitled "Petition Seeking Leave to File a *Pro Se* Claim," ("Petition") with the Clerk of the Court.  The Petition shall include, as exhibits:

(i) a copy of this Order;

(ii) a copy of the proposed Complaint, Counterclaim, or Third-Party claim Ms. Miller seeks to file;

(iii) a statement, made under penalty of perjury, advising whether the defendant against whom the claim, counterclaim, or third-party claim is made has been a party to, witness in, or otherwise involved with, any prior lawsuit in which Ms. Miller was also a party, and, if so, Ms. Miller shall identify the name of that case, the jurisdiction in which it was filed, the case number, the particular claims (if any) that Ms. Miller asserted against that person, and the disposition of such claim(s);

(iv) a statement, made under penalty of perjury, identifying all jurisdictions in which Ms. Miller has been sanctioned, enjoined, or otherwise restricted in her ability to commence litigation, including the case name, case number, jurisdiction, and date of each such Order;

(v) a statement, made under penalty of perjury, identifying any monetary judgment or injunction imposed against Ms. Miller by any court that remains outstanding, including the case name, case number, jurisdiction, and date and contents of each such judgment or injunction; and

(vi) a statement, made under penalty of perjury, representing that the claims in the tendered Complaint, Counterclaim, or Third-Party claim are, to the best of Ms. Miller's knowledge, formed after an inquiry reasonable under the circumstances, not frivolous or taken in bad faith, are well-grounded in fact and law, are not interposed for any improper purpose, and have not been raised by her and adjudicated in any prior federal or state action.

Any *pro se* claim, counterclaim, or third-party claim filed by Ms. Miller in violation of this injunction may be summarily dismissed.

Dated this 10th day of September, 2013.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
Chief United States District Judge