IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02063-MSK-CBS

ANN MARIE MILLER,

    Plaintiff,

v.

TAMARA BENNETT,

    Defendant.

---

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 10, 2013 (**Doc. #81**), adopting the Recommendation issued by the Magistrate Judge (**Doc. #79**) and Granting the Defendant's Motion to Dismiss (**Doc. #37**), it is

ORDERED that the Recommendation of Magistrate Judge Shaffer (**Doc. #79**) is **ADOPTED**.  The Defendant's Motion to Dismiss is **GRANTED** and the claims in this action are **DISMISSED** for lack of personal jurisdiction.  The Recommendation is further adopted with minor modifications that Ms. Miller is enjoined from filing further actions in this Court in a pro se capacity without first obtaining leave of the Court, as set forth in the Opinion and Order.  It is

FURTHER ORDERED that defendant is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 16th day September, 2013.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler, Deputy Clerk